Michael Sadler
2661 Fm 2054
Tennessee Colony, Tx. 75884

75,812-04

Abel Acosta-Clerk
Court of Criminal Appeals
P.O.Box 12308
Capitol Station
Austin, Texas 78711

May 6, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk

Re: Sadler,Michael Shawn
CCA No. WR-75,812-04
Trial Court Case No. CR14104-C-BCCR

Mr. Acosta,

I recently received a letter from an attorney that has apparently been appointed to represent me in the above cause No. I noticed that the Honorable Court of Criminal Appeals signed an Order remanding my writ back to the trial court for further findings, however, the Order was signed on the 15th of April and I was never notified. Could you please explain this to me. Both the District Attorney and District Clerk were notified, but not myself. I just found out a couple of days ago from the lawyer who has been appointed.

I mean no disrespect, but this is exactly what occurred in 2012 after my PDR had been refused; yet I didn't find out for nearly a year, which prompted me to file an emergency writ seeking an out-of-time appeal. I was never notified,and the appellate attorney I had claimed to never had been notified either. This is a problem that I can't afford to continue happening during this legal process I am going through. If the Honorable Court would have rendered a decision that was not in my favor, then I would still be waiting for notification;not having a lawyer to notify me. And I only have approx. 65 days remaining on my AEDPA time limitation. Please figure out why I'm not being timely notified and take the necessary steps to prevent it from happening again. I would be truly greatful.

If the cause of my NOT being notified is not on your end, then I would like to know so I can address this issue with the Unit Warden here on the Coffield Unit, concerning the mail room.

Thank You for your time in this matter. Have a wonderful day. God Bless!

Sincerely,


cc: File
    counselwolf@gmail
    Unit Warden
    E.Alan Bennett(Attorney at LAw)